**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 489 WAL 2015
                 : 
         Respondent    : 
                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court
         v.    : 
                 : 
                 : 
TEQUILLA ANGELA NEWSOME,    : 
                 : 
         Petitioner    : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal, the Petition for Appointment of Counsel, and the Petition to Receive Grazier Hearing Transcripts are **DENIED**.

    Justice Eakin did not participate in the decision of this matter.